PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Dwight A Plair**                                           Case Number: **1:01CR00053**

Name of Sentencing Judicial Officer:     **The Honorable Susan J. Dlott**
                                         **United States District Judge**

Date of Original Sentence: **February 24, 2004**

Original Offense: **Convicted Felon with Three or More Violent Felony Convictions in Possession of Ammunition, a Class A Felony.**

Original Sentence: **63 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Supervised Release**                Date Supervision Commenced: **March 23, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
#1 Failure to Pay Fine | Mr. Plair was ordered by the Court to pay a $1000.00 fine. To date, he has not paid any money toward his court ordered obligation.

U.S. Probation Officer Action:

On February 24, 2004, Mr. Plair appeared before the Court and was sentenced to sixty-three months imprisonment followed by three years supervised release after having been charged with Convicted Felon with Three or More Violent Felony Convictions in Possession of Ammunition, a Class A felony. As a condition of his supervised release, he was ordered to undergo a mental health assessment and comply with any recommended treatment. He was also ordered to pay a $1000.00 fine, and a $100.00 special assessment.

On March 23, 2007, Plair was released from the Bureau of Prisons to commence his term of supervised release. Since being on supervision, Plair has been compliant with the exception of paying toward his fine. He has applied for Social Security Disability, but he has yet to be approved. He has a vendor's license selling various items at local flee markets or as a street vendor. As a result, his income is minimal. He receives $56.00 in food stamps and lives with a long time friend and her family. A payment plan was established for Plair to pay $25.00 a month toward his fine. However, he has not been able to pay this. His special assessment has been paid in full, but he has not been able to pay toward his fine. Plair hopes that once he begins receiving his Social Security, he can continue to pay.

As a result, it is respectfully recommended that the Court take notice of the violation, but that no action be taken at this time. This officer will monitor Plair's payments.

PROB 12A
(12/98)

2

RE: Plair, Dwight                                                                                     Page Two

|                              | Respectfully submitted,           |        | Approved,                          |
|------------------------------|-----------------------------------|--------|------------------------------------|
| by                           | *[signature]*                     | by     | *[signature]*                      |
|                              | **Darla J. Huffman**              |        | **John Cole**                      |
|                              | U. S. Probation Officer           |        | Supervising U. S. Probation Officer |
|                              | Date:   **August 24, 2007**       |        | Date:   **August 24, 2007**        |

[ ] I concur with the recommendation of the Probation Officer
[X] Submit a Request for Modifying the Condition or Term of Supervision *to eliminate the fine.*
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

August 27, 2007
Date