IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA    )
                            )
                            )
            vs              )    Case No. 1:01CR00053
                            )
Dwight A Plair              )
                            )

## ORDER RESCINDING FINE

The above named was placed on Supervised Release on February 24, 2004 for a period of three years and was ordered to pay a $1000.00 fine. On August 24, 2007, this officer contacted the Court stating Mr. Plair was unable to pay his fine as he is unemployed and has applied for Social Security Disability which has not yet been approved. Based on the Court's decision, it is hereby ordered that the defendant's fine be rescinded in this case.

Dated this 30th day of August, 2007

_____
United States District Judge